JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ACORN COMPOSITE CORPORATION; ACT LINDEN LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIA OVERSEAS COMPANY, INC.; JIANQIANG GU; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-03098-ODW-JEM<br><br>**JUDGMENT** |

On April 24, 2015, Plaintiffs Acorn Composite Corporation and ACT Linden LLC (collectively, "Plaintiffs") filed this action against Defendants Via Overseas Company, Inc., and Jianqiang Gu (collectively, "Defendants") for breach of contract, conversion, money had and received, negligent interference with prospective economic advantage, and violations of Business and Professions Code § 17200. (ECF No. 1.) On September 8, 2015, the Clerk of Court entered a default against Defendants. (ECF No. 15.) On December 22, 2015, this Court granted Plaintiffs' Motion for Default Judgment against Defendants. (ECF No. 25.)

///
///
///

1  ///
2  ///
3  ///
4  ///
5        In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

      1.    Defendants are liable for Plaintiffs' claims for breach of contract;

      2.    Plaintiffs shall recover from Defendants the sum of Seven Hundred Two Thousand, Seven Hundred Forty-Four Dollars and Fifty-Seven Cents ($702,744.57) in damages, plus prejudgment interest in the amount of Sixty-Seven Thousand, Nine Hundred Sixty Dollars and Thirteen Cents ($67,960.13).

**IT IS SO ORDERED.**

September 23, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**